*United States District Court*

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

KELVIN LAMAR CRENSHAW

CRIMINAL COMPLAINT

CASE NUMBER: 2:07mj 77-WC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 19, 2006__, in __Lowndes__ county within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally distribute,
a Schedule II Controlled Substance, to wit; cocaine-base (crack cocaine),

in violation of Titles __21 and 18__ United States Code, Sections __841(a)(1) and 2__ I further state that I am a(n) __Drug Enforcement Administration Special Agent__ and that this complaint is based on the following facts:
  Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 23, 2007                                          at    Montgomery, Alabama
Date                                                                City and State

Wallace Capel, Jr., U.S. Magistrate Judge         _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT

I, John Bret Hamilton, a Special Agent of the Drug Enforcement Administration, United States Department of Justice, being duly sworn, deposes and states the following:

## APPLYING OFFICER

I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. I am empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2515, Title 18, United States Code.

For approximately twelve (12) years I have been so employed as a Special Agent of the DEA. Since that time, I have participated in investigations involving organized crime and narcotics activities and continue to receive specialized training pertaining to narcotics investigations.

## PROBABLE CAUSE FOR ARREST

1. On 12-19-2006, a DEA Confidential Source (CS), after having been searched and found to be free of money and drugs met with Kelvin CRENSHAW at a white house located at the dead end of Holcombe Dr. in Hayneville, AL. According to the CS, this house is used by an individual named Jamica Lawson[1], and lower level cocaine and cocaine base dealers, including CREASHAW, for selling their drugs.

2. On 12-19-2006, the CS asked CRENSHAW if he had a half ounce of cocaine base to sell to him/her. CREASHAW stated that he did not and that they needed to go to "Big Pop's (Lawson's) house". CRENSHAW and the CS then entered the CS' vehicle and drove to 822 Wall Street, Hayneville, AL followed by SA Hamilton and Agent West. At approximately 3:15 p.m., SA Hamilton observed CRENSHAW exit the CS' vehicle and walk up to the front door of the residence. According to the CS, Lawson could be heard stating that he would be there in a minute.

3. After two to three minutes, Lawson was observed by

---

[1] Lawson is currently under federal indictment for violations of Title 21, Section 841(a)(1), United States Code in case number 2:07-CR-95.

Agents at the front door of the residence. CRENSHAW and Lawson spoke and the CS then observed CRENSHAW give Lawson money. Lawson then walked to his vehicle, retrieved a small black bag from which Lawson retrieved what appeared to the CS to be cocaine base. According to the CS, Lawson then weighed a quantity of the cocaine-base (crack) on a set of digital scales, gave it to CRENSHAW and took what was left over of the suspected cocaine base from the black bag and weighed it.

4. According to the CS, Lawson said that it weighed four grams and that he would sell it to the CS for $130.00. The CS then gave Lawson $130.00 of the OAF and Lawson gave the CS the suspected cocaine-base (crack-cocaine). Lawson explained to the CS as he was giving the CS the suspected cocaine base that he would be able to supply him/her with a larger quantity later after he replenished his own supply.

5. At approximately 3:25 pm, the CS and CRENSHAW left Lawson's residence and drove back to the white house on Holcombe Drive followed by DEA Agents. The CS stopped at the house long enough to allow CRENSHAW to exit the vehicle and then traveled back to the meeting location. The CS relinquished custody of the suspected cocaine base and the unused OAF funds to SA Hamilton. The CS was again searched and found to be free of money and drugs. SA Hamilton later forwarded the suspected cocaine base to the DEA Laboratory for analysis. Analysis performed determined the substance to be 3.8 grams of cocaine-base (crack-cocaine).

6. Based on the foregoing, Affiant states that there is probable cause to believe KELVIN LAMAR CRENSHAW distributed a controlled substance; to wit: cocaine-base (crack), in violation of Title 21, Section 841(a)(1) and Title, Title 18, Section 2, United States Code.

_____
BRET HAMILTON
Special Agent, DEA

Sworn and subscribed before me this ___23___ day of August, 2007.

_____
United States Magistrate Judge