IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR CASE NO: 2:07mj77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | | |

**ORDER ON MOTION**

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing filed August 24, 2007 (Doc #3) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for August 28, 2007 at 1:30 p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 24th day of August, 2007.

Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE