IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-mj-77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of Defendant Kelvin Lamar Crenshaw, in the above-styled case. Undersigned counsel is appointed by the Court in this matter.

Dated this 25th day of August, 2007.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christa D. Deegan, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

                                   Respectfully submitted,

                                   s/Joseph P. Van Heest
                                   **JOSEPH P. VAN HEEST**
                                   LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                   Post Office Box 4026
                                   402 South Decatur Street
                                   Montgomery, AL 36103-4026
                                   Phone: (334) 263-3551
                                   Fax: (334) 263-3227
                                   jpvanheestcourts@bellsouth.net
                                   AL Bar Code: VAN026