IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-mj-77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | ) | |

**DEFENDANT'S WAIVER OF RIGHT TO TIMELY PRELIMINARY HEARING**

**COMES NOW** the defendant Kelvin Lamar Crenshaw, by undersigned counsel, Joseph P. Van Heest, and hereby files in writing, his Waiver of his Right to a Timely Preliminary Hearing.

On August 23, 2007, Mr. Crenshaw was arrested on the instant charge. He initially appeared in this Court on August 24, 2007, and a preliminary hearing and detention hearing were scheduled for Tuesday, August 28, 2007. At that time, the government moved to continue the detention hearing and the defense did not oppose. The defendant also agreed, on the record, to waive his right to have his preliminary hearing held within ten days of his arrest, pursuant to Rule 5.1(c), Fed. R. Crim. P. The preliminary hearing and detention hearing are now scheduled for September 10, 2007, at 2:00 pm.

Dated this 28th day of August, 2007.

                Respectfully submitted,

                s/Joseph P. Van Heest
                **JOSEPH P. VAN HEEST**
                LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                Post Office Box 4026
                402 South Decatur Street
                Montgomery, AL 36103-4026
                Phone: (334) 263-3551
                Fax: (334) 263-3227
                jpvanheestcourts@bellsouth.net
                AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

    I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christa D. Deegan, Esq., Assistant U. S. Attorney, P.O. Box 197, Montgomery, Alabama 36101-0197.

                                    Respectfully submitted,

                                    s/Joseph P. Van Heest  
                                    **JOSEPH P. VAN HEEST**  
                                    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC  
                                    Post Office Box 4026  
                                    402 South Decatur Street  
                                    Montgomery, AL 36103-4026  
                                    Phone: (334) 263-3551  
                                    Fax: (334) 263-3227  
                                    jpvanheestcourts@bellsouth.net  
                                    AL Bar Code: VAN026