IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-mj-77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | ) | |

## **ORDER ON MOTION**

Upon consideration of the Government's motion for release of prisoner (Doc. #9), filed on August 28, 2007, and for good cause, it is

ORDERED that the motion (Doc. #9) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of KELVIN LAMAR CRENSHAW to HIDTA Special Agents Bret Hamilton, Becky Sparkman and/or Eddie Spivey, on August 29, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Bret Hamilton, Becky Sparkman and/or Eddie Spivey shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 28th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE