IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | ) | |

## **ORDER**

Court convened August 28, 2007 for a Detention and Preliminary Hearing. During the proceedings, the Government orally moved that the hearing be continued.

For good cause, it is

ORDERED that the motion is GRANTED and the Detention and Preliminary Hearing currently scheduled for August 28, 2007 at 1:30 p.m. is continued to September 10, 2007 at 2:00 p.m.

DONE this 29 day of August, 2007.

/s/ Wallace Capel , Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE