IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj77-WC |
| | ) | |
| KELVIN LAMAR CRENSHAW | | |

# **ORDER**

On September 10, 2007, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing. Also in accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing was held. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

It is further ORDERED, for the reasons stated on the record during the hearing, that the defendant be detained pending further order of the court.

Done this 11th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE